**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1017**

---

In re: BRANDON MICHAEL PICKENS,

      Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the Western District of North Carolina, at Asheville.  (1:20-cv-00353-MR)

---

Submitted:  February 27, 2024                    Decided:  March 1, 2024

---

Before WILKINSON, WYNN, and HARRIS, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Brandon Michael Pickens, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Michael Pickens petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2254 habeas petition.  Pickens seeks an order from this court directing the district court to act.  However, upon review, the present record does not reveal undue delay in the district court.  Accordingly, we deny the mandamus petition.[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

---

[*] While we deny mandamus relief at this juncture, we encourage the district court to act as expeditiously as possible in this matter.

2